UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No. 4:24-mc-00398 SPM |
| ONE (1) GLOCK GMBH 19GEN5 PISTOL, SERIAL NO.: BRXM107; | ) ) ) | |
| ONE (1) GLOCK GMBH 22 PISTOL, SERIAL NO.: NEY172; | ) ) ) | |
| RUGER EC9S PISTOL, SERIAL NO.: 45558482; and | ) ) ) | |
| MULTIPLE ROUNDS OF AMMUNITION, | ) ) | |
| Defendants. | ) | |

**ORDER EXTENDING TIME**
**FOR FILING COMPLAINT FOR FORFEITURE**

WHEREAS this matter is before the Court on the United States' Motion to Extend Time to File Complaint for Forfeiture;

AND WHEREAS Title 18, United States Code, Section 983(a)(3)(A) permits this Court to extend the time in which the United States may file its Complaint for Forfeiture for good cause shown;

AND WHEREAS the United States would otherwise be required, pursuant to Title18, United States Code, Section 983(a)(3)(A), to file a civil Complaint for Forfeiture against the above-captioned property by April 6, 2024;

AND WHEREAS, the United States has shown that good cause exists because of its ongoing criminal investigation, the potential unavailability of the property in future forfeiture proceedings, and the avoidance of duplicative actions;

WHEREFORE, for the foregoing good cause, the period in which the United States is required to file a Complaint against the property and/or to return criminal charges is extended until July 5, 2024.

IT IS SO ORDERED on this 2nd day of April, 2024.

_____
HONORABLE SHIRLEY P. MENSAH
United States Magistrate Judge